Jani S. Tillery, Esq. (District of Columbia Bar No. 500939)
Russell P. Butler, Esq.
Maryland Crime Victims' Resource Center, Inc.
1001 Prince George's Blvd., Suite 750
Upper Marlboro, Maryland 20772
Telephone: (301) 952-0063
Facsimile:  (240) 929-0526
jani@mdcrimevictims.org
rbutler@mdcrimevictims.org

Heidi Nestel, Esq. (Utah Bar No. 7948)
Utah Crime Victims Legal Clinic
2035 South 1300 East
Salt Lake City, Utah 84105
Telephone: (801) 721-8321
Facsimile:  (801) 951-4940
heidi@utahvictimsclinic.org

Attorneys for Gary Olesen, Victim's Representative

_____

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

_____

Douglas Stewart Carter,

    Petitioner,

                       **CASE No: 2:02 CV 326 TS**

v.                             Motion for Forthwith Scheduling of Status
                                Conference in Order to Resolve Case

Steven Turley, Warden
State Prison, Department of Corrections,
Utah State Prison,                    Judge Ted Stewart

    Respondent.

_____

       Victim's Representative, Gary Olesen, an interested participant and son of the murder victim, Eva Olesen,  by and through his attorneys, Russell P. Butler, Esq., and Jani S. Tillery, Esq., of the Maryland Crime Victims' Resource Center, Inc., and Heidi Nestel, Esq., of the Utah

Crime Victims Legal Clinic, pursuant to 18 U.S.C. § 3771(d)(3) moves for a scheduling conference to issue an affirmative scheduling order to ensure the Victim's right to proceedings free from unreasonable delay according to 18 U.S.C. § 3771(a)(7) and to resolve all matters pending with this Court. Currently, there is no scheduling order in effect.  The Court has not taken any action since it declared Respondent's Motion to Strike moot on January 25, 2010. The Victim's Representative requests that the Court consider his interest and prevent any further delays in this case.

The bases for this motion are set forth in the accompanied memorandum.

Respectfully submitted this 4th day of  June 2010.

  /s/ Jani S. Tillery_____

Jani S. Tillery, Esq.
Russell P. Butler, Esq.
Counsel for Gary Olesen
Maryland Crime Victims' Resource Center, Inc.
1001 Prince George's Blvd., Suite 750
Upper Marlboro, Maryland 20772
301-952-0063

**Certificate of Service**

I hereby certify that on this 4th day of June 2010, I electronically transmitted the Victim Representative's  Motion for Forthwith Scheduling of Status  Conference in Order to Resolve Case to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant(s):

Thomas B. Brunker, Esq.
Erin Riley, Esq.
Utah Assistant Attorneys General
Utah Attorney General
Herber Wells Bldg.
160 East 300 South, 6th Floor
P.O. Box 140854

Salt Lake City, Utah 84114-0854

Heidi Nestel, Esq.
Local Counsel for Gary Olesen
Utah Crime Victims Legal Clinic
2035 South 1300 East
Salt Lake City, Utah 84105

Ken Murray, Esq.
Paula K. Harms, Esq.
Assistant Federal Public Defenders
Arizona Federal Public Defender Office
850 West Adams Street, Suite 201
Phoenix, Arizona 85007

Richard P. Mauro, Esq.
Local Counsel for Douglas Carter
43 East 400 South
Salt Lake City, Utah, 84111


By/s/ Jani S. Tillery
Co-counsel for Gary Olesen